UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
___SOUTHERN DIVISION___


KAM SHARP ENTERPRISES, INC.,

       Plaintiff,

                                  File No: 1:21-cv-441

v.

                                  HON. ROBERT J. JONKER

601 WEST, LLC,

       Defendant.

_____/

## ORDER TO SHOW CAUSE

It appearing that more than 90 days have expired since the filing of the Complaint in the above-captioned action, and that service of the Summons and Complaint has not been made upon defendant.

YOU ARE HEREBY ORDERED to show cause why the action should not be dismissed pursuant to Rule 4(m), Federal Rules of Civil Procedure. To avoid dismissal pursuant to 4(m), counsel must execute a verified Petition Re: Service of Process, advising the Court:

A.   That the case should not be dismissed as to defendant;

B.   That the failure to obtain service upon defendant is not due to the fault of the party or his counsel seeking to avoid dismissal;

C.   The reasons why the case against defendant should not be dismissed, set forth in detail; and

D.   That service will be effected on the defendant within twenty days.

This Petition must be filed with the Court within ten (10) days of the date of this Order. If the Court is satisfied that the case should not be dismissed as to the unserved defendant, you will be

so notified.  If dismissal of the case is satisfactory to you, no action is required.  By executing the

Petition Re: Service of Process you need not appear in support thereof until and/or unless so notified

by the Court.




Date:     August 25, 2021                    /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE