IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KAM SHARP ENTERPRISES, INC.<br><br>   Plaintiff,<br>V<br><br>601 WEST, LLC,<br><br>   Defendant. | Case No. 1:21-cv-00441<br><br>Hon. Paul L. Maloney |

## ORDER ON THE PARTIES' JOINT STIPULATION TO STAY PROCEEDINGS

This matter is before the Court on the Joint Stipulation to Stay Proceedings filed by Plaintiff KAM Sharp Enterprises, Inc. and Defendant 601 West, LLC. Having reviewed the Joint Stipulation, and for the reasons set forth herein,

IT IS HEREBY ORDERED that the case shall be STAYED pending resolution of the Michigan state-court litigation currently pending between the parties in the 61st District Court, captioned *601 West, LLC v FJ Axe Holdings, Inc.* (No. 21-LT-253).

IT IS SO FURTHER ORDERED that the parties shall file a joint status report on December 13, 2021 and each 30 days thereafter until the Stay is lifted by order of the court.

Date: November 15, 2021

/s/ Paul L. Maloney
Hon. Paul L. Maloney
U.S. District Court Judge

MJ_DMS 33732342v1