IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KAM SHARP ENTERPRISES, INC.<br><br>　　　　　　Plaintiff,<br>V<br><br>601 WEST, LLC,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-00441<br><br>Hon. Paul L. Maloney |

### SECOND JOINT STATUS REPORT

Plaintiff KAM Sharp Enterprises, Inc. and Defendant 601 West, LLC for their Joint Status Report state:

1. *601 West, LLC v FJ Axe Holdings, Inc.* (No. 21-LT-253), remains pending in the 61st District Court.

2. 601 West, LLC's Motion to Strike FJ Axe Holdings, Inc.'s Dismissal was heard before the Hon. Jeanine N. Laville on November 23, 2021.

3. Pursuant to the Court's December 6, 2021 Order Following Plaintiff's Motion to Strike Dismissal, the "Notice of Dismissal by Plaintiff" was stricken and FJ Axe Holdings, Inc.'s must file its answer to 601 West LLC's Complaint by December 20, 2021.

4. FJ Axe Holdings, Inc. filed its Answer and Affirmative Defenses on December 20, 2021.

5. The parties have stipulated that KAM Sharp Enterprises, Inc. d/b/a FlannelJax's be substituted as Defendant in place of FJ Axe Holdings. A proposed order was submitted to the Court for entry on January 5, 2022.

6. The parties participated in a Pretrial Conference with Judge LaVille on January 19, 2022, at which the following dates were determined:

    a. Witness and Exhibit Disclosures due on or before February 18, 2022;

    b. Discovery Period closes on February 18, 2022;

    c. Trial to be held during the week of April 18, 2022.

Dated: January 20, 2022

PLUNKETT COONEY
Attorneys for Defendant

*/s/ Matthew J. Boettcher (w/permission)*
Matthew J. Boettcher (P40929)
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
(248) 901-4035
MBoettcher@plunkettcooney.com

Dated:  January 20, 2022

MILLER JOHNSON
Attorneys for Defendant

*/s/ Robert W. O'Brien*
Robert W. O'Brien (P59127)
Stephen J. van Stempvoort (P79828)
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
obrienr@millerjohnson.com