UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KAM SHARP ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:21-cv-441 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| 601 WEST, LLC., | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER DISMISSING LAWSUIT

The Court warned the parties that failure to comply with the order to file monthly status reports would result in sanctions, including and up to dismissal of this lawsuit. (ECF No. 28.) As outlined in the April 6 order, the parties missed the monthly deadlines in January 2022, in February 2022 and have not filed the monthly status report since March 2022. The Court directed the parties to file a status report by April 20, 2022. That deadline passed approximately three weeks ago and the parties have not complied with the order. The Court exercises its inherent authority and **DISMISSES** this lawsuit without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Date:   May 12, 2022                                   /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge