UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KAM SHARP ENTERPRISES, INC., ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> 601 WEST, LLC., ) <br> Defendant. ) <br> ) | No. 1:21-cv-441 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

The Court dismissed this lawsuit without prejudice for lack of prosecution. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 12, 2022          /s/ Paul L. Maloney
                            Paul L. Maloney
                            United States District Judge